UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DAVID CHRISTIAN STEWART,

  Petitioner,

    v.        CAUSE NO. 3:21-CV-421 DRL-MGG

SHERIFF,

  Respondent.

## OPINION AND ORDER

David Christian Stewart, a prisoner without a lawyer, filed a habeas corpus petition attempting to challenge a jail disciplinary hearing where he was found guilty of disorderly conduct. ECF 1. He did not lose any earned credit time – nor was he demoted in credit class – as a result of this hearing. A prison disciplinary hearing can only be challenged in a habeas corpus proceeding when it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not result in the lengthening of the duration of Mr. Stewart's confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

If Mr. Stewart wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed *in forma pauperis* on appeal because pursuant to 28 U.S.C. § 1915(a)(3) an appeal in this case could not be taken in good faith.

For these reasons, the habeas corpus petition (ECF 1) is DENIED. The clerk is DIRECTED to enter judgment and close this case. David Christian Stewart is DENIED leave to proceed *in forma pauperis* on appeal.

SO ORDERED.

June 18, 2021
*s/ Damon R. Leichty*
Judge, United States District Court